UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker,**<br><br>    Plaintiff,<br><br>  v.<br><br>**Kundura, Inc**., a California Corporation<br><br>    Defendants. | Case No.: 3:21-cv-07973-EMC<br><br>**[PROPOSED] ORDER ON REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:   October 12, 2021<br>Trial Date:         N/A |

Having read the Stipulation to Continue Case Management Conference and finding good cause it is hereby ordered that the deadline for the Case Management Statement be continued to  October 18, 2022 , and the Case Management Conference, be continued to October 25, 2022  at 1:30 PM

IT IS SO ORDERED.

Dated: September 14, 2022          By: _____

                          Hon. Edward M. Chen

                          United States District Judge